HAWKINS v. GOSSNER et al. (Supreme Court, Appellate Division, Second Department

arch 22, 1906.) Action by Frank D. Hawns against Alice M. Gossner, impleaded with illard Young and William C. McFarland. No inion. Judgment affirmed, with costs.

---

HEIFER, Respondent, v. CONSUMERS' ARK BREWING CO. OF BROOKLYN, Apllant. (Supreme Court, Appellate Division, cond Department. March 2, 1906.) Action August Heifer against the Consumers' Park ewing Company of Brooklyn. No opinion. dgment and order affirmed, with costs.